# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2016

153949 & (34)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DARRIN SCOTT LAPINE,
       Plaintiff-Appellant,

v

SC: 153949
COA: 332493

BELLAMY CREEK CORRECTIONAL
FACILITY WARDEN, PAROLE BOARD, and
DEPARTMENT OF CORRECTIONS,
       Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the May 25, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to amend the application is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2016



Clerk

p0606